# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**RONALD FRANK JACKSON**,

    Plaintiff,

v.

**BANK OF AMERICA, N.A.**,

    Defendant.

Civil Action No. 7:14-CV-82 (HL)

## ORDER

Plaintiff filed this case today, May 29, 2014. The Complaint appears to seek injunction relief (but the Court believes Plaintiff really is asking for a Temporary Restraining Order) restraining and enjoining Defendant from foreclosing on certain real estate located in Lowndes County, Georgia. Because foreclosure sales in Georgia are held on the first Tuesday of each month, which in this case will be June 3, 2014, and the time in which to hold a hearing is short, the Court telephoned Rodney M. Keys, counsel for Plaintiff, in Orlando, Florida, to discuss scheduling of a hearing before June 3rd. Mr. Keys advised the Court that he does not desire a hearing prior to June 3rd. The Court therefore will not schedule a hearing. The case will proceed pursuant to the rules.

    **SO ORDERED** this 30th day of May, 2014.

                               *s/ Hugh Lawson*_____
                               **HUGH LAWSON, SENIOR JUDGE**

aks