IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

**RONALD FRANK JACKSON**,

    Plaintiff,

v.    Civil Action No. 7:14-CV-82 (HL)

**BANK OF AMERICA, N.A.**,

    Defendant.

## ORDER

On September 8, 2014, Defendant filed its Motion to Dismiss Plaintiff's First Amended Complaint. Defendant's memorandum in support exceeds the twenty (20) page limitation set forth in Local Rule 7.4. Defendant is directed either to file a modified version of the brief that complies with the Local Rules or submit a written motion seeking to exceed these limitations and specifying the number of pages requested and the necessity for the additional pages. Defendant shall have until September 15, 2014 to do so. Otherwise, the Court will not consider the brief.

**SO ORDERED** this 9th day of September, 2014.

                      *s/ Hugh Lawson*
                      **HUGH LAWSON, SENIOR JUDGE**

aks